AMDAR, INC. v. SATTERWHITE

No. 45 PC.

Case below: 37 N.C. App. 410.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 October 1978.

ARCHER v. NORWOOD

No. 11 PC.

Case below: 37 N.C. App. 432.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 October 1978.

BANK v. CRANFILL

No. 10 PC.

No. 114 (Fall Term).

Case below: 37 N.C. App. 182.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 October 1978.

CITY OF WINSTON-SALEM v. CONCRETE CO.

No. 13 PC.

Case below: 37 N.C. App. 186.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 October 1978.

ENGLE v. INSURANCE CO.

No. 1 PC.

Case below: 37 N.C. App. 126.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 October 1978.